No. 91–137. BEARD ET UX. *v.* SOUTH CAROLINA COASTAL COUNCIL ET AL. Sup. Ct. S. C. Certiorari denied.

No. 91–138. MAHMOODIAN *v.* UNITED HOSPITAL CENTER, INC., ET AL. Sup. Ct. App. W. Va. Certiorari denied.

No. 91–139. CONTROL ELECTRONICS CO. ET AL. *v.* ACOUSTICAL DESIGN, INC. C. A. Fed. Cir. Certiorari denied.

No. 91–140. BARBER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–144. SISKA *v.* THE TRAVELERS. Ct. App. Wis. Certiorari denied.

No. 91–145. CHARD *v.* COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 91–146. MONONGAHELA POWER CO. *v.* MILLER. Sup. Ct. App. W. Va. Certiorari denied.

No. 91–147. GORE ET AL. *v.* LOUISIANA ET AL. Ct. App. La., 2d Cir. Certiorari denied.

No. 91–148. LATIMER ET AL. *v.* STAINER, TRUSTEE. C. A. 10th Cir. Certiorari denied.

No. 91–149. HOLDING, DBA CLARENCE H. HOLDING & CO. *v.* SECURITIES DIVISION, STATE CORPORATION COMMISSION OF VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 91–150. LOCKHART *v.* KENOPS, FOREST SUPERVISOR, BLACK HILLS NATIONAL FOREST, UNITED STATES FOREST SERVICE, ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–154. UNITED FARM WORKERS OF AMERICA, AFL–CIO *v.* MAGGIO, INC. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 91–156. JONES, INDIVIDUALLY AND AS WARDEN, ET AL. *v.* LONG ET AL. C. A. 6th Cir. Certiorari denied.